JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA JACKSON | CASE NO. CV09-00404-RGK (MANx) |
| Plaintiff, | (~~PROPOSED~~) **ORDER RE STIPULATION TO DISMISS THE ENTIRE MATTER AS TO DEFENDANTS CITY OF LA AND FRANCO GIANFAGNA** |
| v. | |
| CITY OF LOS ANGELES, a political subdivision of the State of California; OFFICER , and DOES 1 through 100, inclusive, | Judge: **Hon. R. Gary Klausner**<br>Magistrate: **Hon. Margaret A. Nagle** |
| Defendants. | |

## (PROPOSED) ORDER

The court having read and considered THE **STIPULATION TO DISMISS THE ENTIRE MATTER AS TO DEFENDANTS CITY OF LA AND FRANCO GIANFAGNA** rules as follows:

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED:**

The entire matter is dismissed to the remaining defendants Franco Gianfagna and City of Los Angeles. Such dismissal is with prejudice under FRCP 41 (b). Each side to

1

1  bear their own costs and attorneys fees regarding these dismissed parties.
2       The matter is now concluded and all pending dates are advanced and vacated.
3       IT IS SO ORDERED.

6  Dated: November 2, 2009          _____
7                                    R. Gary Klausner, Judge
8                                    United States District Court